MARY PALEY, as Administratrix of the Estate of MATEY PALEY, Deceased, Appellant, *v.* NEW YORK CENTRAL RAILROAD COMPANY, Respondent.

Argued April 23, 1948; decided May 21, 1948.

*William E. J. Connor, Michael Le Sawyer* and *F. Walter Bliss* for appellant.

*Charles E. Nichols* for respondent.

Judgments reversed and a new trial granted, with costs to abide the event, on the ground that the record presents questions of fact for a jury as to the negligence of the defendant and the contributing negligence of the plaintiff's intestate. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.